# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WETTRE, LEDA D. | U.S. District Court, New Jersey | 08/06/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full time | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Hon. Leda Dunn Wettre, U.S.M.J.
U.S. District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/06/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | W-SYSTEMS CORP (SALARY) |
| 2. 2017 | PROPEL BUSINESS SERVICES, INC (SALARY) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA ACCOUNTS (CASH) | A | Interest | N | T | | | | | |
| 2. CAPITAL ONE ACCOUNT (CASH) (Y) | | | | | | | | | |
| 3. TD BANK ACCOUNT (CASH) | A | Dividend | L | T | | | | | |
| 4. JP MORGAN CHASE BANK ACCOUNT (CASH) | A | Int./Div. | M | T | | | | | |
| 5. 529 #1 (H) | | | | | | | | | |
| 6. CHARLES SCHWAB MODERATELY AGRESSIVE TRACK: MODERATE PORTFOLIO | | None | | | Sold | 07/14/17 | M | | |
| 7. MODERATELY AGGRESSIVE TRACK: 50% EQUITY PORTFOLIO | | None | M | T | Buy | 07/14/17 | M | | |
| 8. 529 #2 (H) | | | | | | | | | |
| 9. CHARLES SCHWAB MODERATELY AGRESSIVE TRACK: CONSERVATIVE PORTFOLIO | | None | | | Sold | 02/09/17 | M | | |
| 10. SHORT-TERM PORTFOLIO | | None | M | T | Buy | 02/09/17 | M | | |
| 11. IRA #1 (H) | | | | | | | | | |
| 12. CAMBIAR INTL EQUITY INC (CAMIX) | A | Dividend | J | T | | | | | |
| 13. CAUSEWAY EMERGING MKTS INST (CWMIX) | A | Dividend | J | T | | | | | |
| 14. DELAWARE VALUE INSTL (DDVIX) (Y) | | | | | | | | | |
| 15. EDGEWOOD GROWTH INSTL (EGFIX) | | None | J | T | | | | | |
| 16. HARDING LOEVNER INTL EQTY INST (HLMIX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. JP MORGAN VALUE ADVANTAGE I (JVASX) | A | Dividend | J | T | Buy | 06/22/17 | J | | |
| 18. LAZARD INTL STRAT EQ PTF INST (LISIX) | A | Dividend | J | T | | | | | |
| 19. LOOMIS GROWTH Y (LSGRX) | A | Dividend | J | T | Buy | 06/22/17 | J | | |
| 20. LYRICAL US VALUE EQUITY INSTL (LYRIX) (Y) | | | | | | | | | |
| 21. METROPOLITAN WEST TOT RET BD I (MWTIX) | A | Dividend | J | T | | | | | |
| 22. RIVERPARK/WEDGEWOOD INST (RWGIX) | A | Dividend | | | Sold | 06/22/17 | J | A | |
| 23. IRA #2 (H) | | | | | | | | | |
| 24. MORGAN STANLEY BANK N.A. (CASH) | A | Interest | K | T | | | | | |
| 25. ALPS SECTOR DIVIDEND DOGS (SDOG) | B | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 26. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 27. FIRST TR MLD CP COR ALPHDX ETF (FNX) | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 28. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 29. | | | | | Sold | 05/10/17 | K | C | |
| 30. FIRST TR VALU.LN DIV IDX (FVD) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 31. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 32. FIRST TRUST DJ GL SEL DVD (FGD) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 33. | | | | | Buy (add'l) | 03/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 35. FIRST TRUST DW FOCUS 5 INTL (IFV) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 36. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 37. FIRST TRUST FNCL ALPHADEX ETF (FXO) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 38. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 39. FIRST TRUST LARGE CAP CORE ETF (FEX) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 40. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 41. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 42. FIRST TRUST US EQ OPP ETF (FPX) (f/k/a FIRST TRUST IPOX 100 INDEX F) | A | Dividend | K | T | Buy (add'l) | 03/07/17 | J | | |
| 43. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 44. FIRST TRUST NORTH AMERICAN E (EMLP) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 45. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 46. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 47. OSHARES FTSE RUSSELL SMLL ETF (OUSM) | A | Dividend | K | T | Buy | 05/10/17 | K | | |
| 48. OSHARES FTSE US QUALITY DIV (OUSA) | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 49. | | | | | Buy (add'l) | 05/10/17 | K | | |
| 50. OPPENHEIMER MID CAP REVENUE (RWK) | | None | K | T | Buy | 05/10/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. OPPENHEIMER SMALL CAP REVENU (RWJ) | A | Dividend | K | T | Buy | 01/06/17 | K | | |
| 52. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 53. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 54. AB HIGH INCOME ADV (AGDYX) (Y) | | | | | | | | | |
| 55. AMG YACKTMAN SVC (YACKX) | A | Dividend | | | Sold | 02/24/17 | J | A | |
| 56. BLACKROCK EQUITY DIVIDEND I (MADVX) | C | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 57. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 58. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 59. CLEARBRIDGE AGGRESSIVE GROWTH I (SAGYX) | B | Dividend | K | T | Buy (add'l) | 05/10/17 | J | | |
| 60. FIRST EAGLE GLOBAL I (SGIIX) | B | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 61. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 62. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 63. HARDING LOEVNER INTL EQTY INST (HLMIX) | A | Dividend | K | T | Buy | 07/24/17 | K | | |
| 64. JANUS HENDERSON FORTY I (JCAPX) | C | Dividend | K | T | Buy | 03/24/17 | K | | |
| 65. JANUS BALANCED I (JBALX) | A | Dividend | | | Sold (part) | 01/06/17 | J | A | |
| 66. | | | | | Sold | 05/10/17 | K | B | |
| 67. JANUS INTECH GLB INC MGD VLT I (JGDIX) | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Sold | 05/10/17 | J | A | |
| 69. JANUS INTECH US MGD VOL I (JRSIX) | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 70. | | | | | Sold | 05/10/17 | K | B | |
| 71. JANUS GLOBAL REAL ESTATE I (JERIX) | A | Dividend | | | Sold | 01/04/17 | J | | |
| 72. LAZARD GLB LSTD INFR PTF INST (GLIFX) | B | Dividend | K | T | Buy | 05/10/17 | K | | |
| 73. LAZARD INTL STRAT EQ PTF INST (LISIX) | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 74. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 75. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 76. | | | | | Sold | 07/24/17 | K | B | |
| 77. LORD ABBETT BOND DEB F (LBDFX) | B | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 78. | | | | | Sold | 05/10/17 | K | A | |
| 79. LORD ABBETT CALIBRTD DIV GW F (LAMFX) | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 80. | | | | | Sold | 05/10/17 | K | A | |
| 81. LORD ABBETT GROWTH LEADERS F (LGLFX) | B | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 82. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 83. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 84. LORD ABBETT MULT ASET BAL OP F (BLAFX) | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Sold | 05/10/17 | K | A | |
| 86. LYRICAL US VALUE EQUITY INSTL (LYRIX) | C | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 87. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 88. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 89. NUVEEN LARGE CAP CORE I (NLCIX) | B | Dividend | K | T | Buy | 01/04/17 | K | | |
| 90. | | | | | Buy (add'l) | 01/06/17 | J | | |
| 91. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 92. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 93. NUVEEN NWQ FLEXIBLE INC I (NWOIX) | B | Dividend | | | Buy | 01/04/17 | J | | |
| 94. | | | | | Buy (add'l) | 01/06/17 | J | | |
| 95. | | | | | Sold | 05/10/17 | K | A | |
| 96. NUVEEN REAL ASSET INCOME I (NRIIX) | B | Dividend | K | T | Buy | 01/04/17 | J | | |
| 97. | | | | | Buy (add'l) | 01/06/17 | J | | |
| 98. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 99. NUVEEN SMALL CAP VALUE FUND I ( FSCCX) | A | Dividend | K | T | Buy | 03/07/17 | K | | |
| 100. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 101. OPPENHEIMER INTL GROWTH Y | A | Dividend | | | Buy | 05/10/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold | 11/16/17 | K | B | |
| 103. OPPENHEIMER INTERNATL DIV Y (OIDYX) | A | Dividend | K | T | Buy | 11/16/17 | K | | |
| 104. PRINCIPAL PREFERRED SEC INST (PPSIX) | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 105. | | | | | Sold | 05/10/17 | K | A | |
| 106. PRINCIPAL SM MDCP DIV INC I (PMDIX) (f/k/a "P," PMDPX) | B | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 107. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 108. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 109. PRUDENTIAL JENNISON HLTH SCI Z (PHSZX) | B | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 110. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 111. WELLS FARGO DISC S CORE INST (EVSIX) | B | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 112. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 113. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 114. WELLS FARGO SPECIAL MDCP VL I (WFMIX) | B | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 115. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 116. BROKERAGE #1 (H) | | | | | | | | | |
| 117. VANGUARD MID-CAP GR INX ADMIRAL (VMGMX) | B | Dividend | L | T | | | | | |
| 118. VANGUARD SMALL-CAP GR INX ADMIRAL (VSGAX) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. BROKERAGE #2 (H) | | | | | | | | | |
| 120. MORGAN STANLEY BANK N.A. (CASH) (X) | A | Interest | N | T | | | | | |
| 121. ALPS SECTOR DIVIDEND DOGS (SDOG) | B | Dividend | K | T | Buy (add'l) | 03/08/17 | J | | |
| 122. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 123. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 124. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 125. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 126. FIRST TR VALU.LN DIV IDX (FVD) | A | Dividend | K | T | Buy (add'l) | 03/08/17 | J | | |
| 127. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 128. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 129. | | | | | Sold (part) | 07/26/17 | J | A | |
| 130. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 131. FIRST TRUST DJ GL SEL DVD (FGD) | B | Dividend | K | T | Buy (add'l) | 03/08/17 | J | | |
| 132. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 133. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 134. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 135. | | | | | Buy (add'l) | 07/27/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136.  FIRST TRUST LARGE CAP CORE ETF (FEX) | A | Dividend | J | T | Buy | 05/17/17 | J | | |
| 137. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 138. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 139.  FIRST TRUST NORTH AMERICAN E (EMLP) | B | Dividend | K | T | Buy (add'l) | 03/09/17 | J | | |
| 140. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 141. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 142. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 143. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 144.  FIRST TRUST PREFERRED SECUR & INC ETF (FPE) | A | Dividend | J | T | Buy | 05/17/17 | J | | |
| 145. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 146. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 147.  OSHARES FTSE RUSSELL SMLL ETF (OUSM) | A | Dividend | J | T | Buy | 05/17/17 | J | | |
| 148. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 149. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 150.  OSHARES FTSE US QUALITY DIV (OUSA) | B | Dividend | K | T | Buy (add'l) | 03/08/17 | J | | |
| 151. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 152. | | | | | Buy (add'l) | 05/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 154. | | | | | Buy (add'l) | 07/27/17 | K | | |
| 155. AMERICAN FUNDS AMCAP FUND - A (AMCFX) | A | Dividend | | | Sold (part) | 03/08/17 | J | A | |
| 156. | | | | | Sold | 04/26/17 | J | A | |
| 157. AMERICAN FUNDS AMERICAN BALANCED FUND (AMBFX) | A | Dividend | | | Sold (part) | 03/08/17 | J | A | |
| 158. | | | | | Sold | 04/26/17 | J | A | |
| 159. AMERICAN FUNDS CAPITAL WORLD GROWTH AND INCOME FUND (WGIFX) | A | Dividend | J | T | Sold (part) | 03/08/17 | J | A | |
| 160. AMERICAN FUNDS FUNDAMENTAL INVESTORS (FINFX) | A | Dividend | J | T | Sold (part) | 03/08/17 | J | B | |
| 161. AMERICAN FUNDS THE GROWTH FUND OF AMERICA (GFFFX) | A | Dividend | J | T | Sold (part) | 03/08/17 | J | B | |
| 162. AMERICAN FUNDS SMALLCAP WORLD FUND (SMCFX) | A | Dividend | J | T | Sold (part) | 03/08/17 | J | A | |
| 163. AMG YACKTMAN SV (YACKX) | A | Dividend | | | Sold | 02/24/17 | J | | |
| 164. BLACKROCK EQUITY DIVIDEND I (MADVX) | A | Dividend | | | Buy (add'l) | 03/08/17 | J | | |
| 165. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 166. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 167. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 168. | | | | | Sold | 07/18/17 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. JANUS BALANCED I (JBALX) | B | Dividend | K | T | Buy (add'l) | 03/08/17 | J | | |
| 170. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 171. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 172. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 173. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 174. JANUS HENDERSON FLEXIBLE BOND I (JFLEX) | A | Dividend | K | T | Buy | 05/17/17 | J | | |
| 175. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 176. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 177. JANUS HENDERSON GLB EQ INC I (HFQIX) | B | Dividend | K | T | Buy | 07/26/17 | K | | |
| 178. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 179. JANUS HENDERSON SHORT TERM BOND I (JSHIX) | A | Dividend | | | Buy | 05/17/17 | J | | |
| 180. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 181. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 182. | | | | | Sold | 10/26/17 | J | | |
| 183. JANUS HENDERSON GLB INC MGD VLT I (JGDIX) (f/k/a JANUS INTECH GLB) | B | Dividend | K | T | Buy (add'l) | 05/16/17 | J | | |
| 184. | | | | | Buy (add'l) | 05/17/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 185. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 186. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 187. JANUS HENDERSON GLB UNCONSTRAINED BD I (JUCIX) | A | Dividend | J | T | Buy | 05/17/17 | J | | |
| 188. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 189. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 190. LAZARD GLB LSTD INFR PTF INST (GLIFX) | A | Dividend | J | T | Buy | 04/26/17 | J | | |
| 191. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 192. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 193. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 194. LORD ABBETT BOND DEB F (LBDFX) | B | Dividend | K | T | Buy (add'l) | 03/08/17 | J | | |
| 195. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 196. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 197. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 198. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 199. LORD ABBETT CALIBRTD DIV GW F (LAMFX) | B | Dividend | J | T | Buy | 05/17/17 | J | | |
| 200. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 201. | | | | | Buy (add'l) | 07/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 202. LORD ABBETT MULT ASET BAL OP F (BLAFX) | A | Dividend | J | T | Buy | 05/17/17 | J | | |
| 203. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 204. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 205. LORD ABBETT SHORT DURATION INC F (LDLFX) | B | Dividend | L | T | Buy (add'l) | 03/08/17 | J | | |
| 206. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 207. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 208. | | | | | Buy (add'l) | 06/15/17 | K | | |
| 209. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 210. NUVEEN LARGE CAP CORE I (NLCIX) | A | Dividend | J | T | Buy | 05/17/17 | J | | |
| 211. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 212. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 213. NUVEEN NWQ FLEXIBLE INC I (NWQIX) | B | Dividend | K | T | Buy | 03/08/17 | J | | |
| 214. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 215. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 216. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 217. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 218. NUVEEN REAL ASSET INCOME I (NRIIX) | B | Dividend | K | T | Buy | 03/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 17 of 22

**Name of Person Reporting**

WETTRE, LEDA D.

**Date of Report**

08/06/2018

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 219. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 220. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 221. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 222. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 223. PIONEER MLTI AST ULT SHT INC Y (MYFRX) | A | Dividend | K | T | Buy | 10/26/17 | K | | |
| 224. PIONEER MULTI ASSET INC Y (PMFYX) | A | Dividend | J | T | Buy | 10/26/17 | J | | |
| 225. PRINCIPAL PREFERRED SEC INST (PPSIX) | B | Dividend | K | T | Buy (add'l) | 03/08/17 | J | | |
| 226. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 227. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 228. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 229. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 230. PRINCIPAL SM MDCP DIV INC I (PMDIX) (FORMERLY PMDPX) | C | Dividend | L | T | Buy (add'l) | 05/16/17 | L | | |
| 231. | | | | | Sold (part) | 05/17/17 | J | A | |
| 232. SALIENT SELECT INCOME INST (KIFYX) | B | Dividend | J | T | Buy | 06/01/17 | J | | |
| 233. TORTOISE MLP & PIPELINE INST (TORIX) | A | Dividend | | | Buy | 05/17/17 | J | | |
| 234. | | | | | Sold | 06/15/17 | J | | |
| 235. WELLS FARGO DISC US CORE INST (EVSIX) | A | Dividend | J | T | Buy | 05/17/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 236. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 237. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 238. WELLS FARGO SHTRM HIYLD BD I (STYIX) | A | Dividend | J | T | Buy | 05/17/17 | J | | |
| 239. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 240. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 241. BROKERAGE #3 (H) | | | | | | | | | |
| 242. MORGAN STANLEY BANK NA (CASH ACCT) | A | Interest | K | T | Open | 05/02/17 | M | | |
| 243. MASSACHUSETS ST GENL OBLIG SER-C 57582P3W8 | A | Interest | | | Buy | 05/16/17 | J | | |
| 244. | | | | | Sold | 10/05/17 | J | | |
| 245. DISTRICT COLUMBIA GENL OBLIG SER·A 25476FMV7 | A | Interest | J | T | Buy | 05/08/17 | J | | |
| 246. FLORIDA ST BRD ED PUB EDU CAP OUTLAY GENL OBLIG REF·B 34153QCS3 | A | Interest | J | T | Buy | 07/03/17 | J | | |
| 247. ALABAMA FED AID HWYFIN AUTH SPL OBLIG REV REF-B 010268BZ2 | A | Interest | J | T | Buy | 06/21/17 | J | | |
| 248. NORTH TEX TWY AUTH REV 66285WUU8 | A | Interest | J | T | Buy | 10/13/17 | J | | |
| 249. COMAL TEX INDPT SCH DIST TAX SCH BLDG PSF-GTO 1998202Y6 | A | Interest | J | T | Buy | 06/29/17 | J | | |
| 250. MARYLAND ST DEPT TRANSN CONS TRANSN 574204ZB2 | A | Interest | J | T | Buy | 06/23/17 | J | | |
| 251. WASHINGTON ST VAR PURP GENL OBLIG REF-A 93974C4N7 | A | Interest | J | T | Buy | 05/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 252. OHIO ST HOSP FAC ACTG BY AND THRGH THE OH DEV FING REV 677561KB7 | A | Interest | J | T | Buy | 08/09/17 | J | | |
| 253. NEW YORK N Y CITY TRANSITIONAL FIN AUTH 64972HZK1 | A | Interest | J | T | Buy | 07/13/17 | J | | |
| 254. SOUTH DAKOTA CONSERVANCY DIST REV-B 837545LK6 | A | Interest | J | T | Buy | 08/04/17 | J | | |
| 255. TEXAS ST GENL OBLIG REV·A 882723SQ3 | A | Interest | J | T | Buy | 07/12/17 | J | | |
| 256. CHICAGO ILL O'HARE INTL ARPT SR LIEN REV REF 167593YW6 | A | Interest | J | T | Buy | 06/21/17 | J | | |
| 257. OHIO STATE 677521ZG4 | A | Interest | | | Buy | 05/12/17 | J | | |
| 258. | | | | | Sold | 10/05/17 | J | | |
| 259. NEW HAMPSHIRE MUN BD BK 64465P2L1 | A | Interest | J | T | Buy | 06/22/17 | J | | |
| 260. CHARLESTON SC WTRWKS & SWR REV REF 160429WV4 | A | Interest | J | T | Buy | 10/05/17 | J | | |
| 261. OREGON ST GENL OBLIG REV·A 68609BYY7 | A | Interest | J | T | Buy | 06/01/17 | J | | |
| 262. METROPOLITAN TRANSN AUTH NY DEDICATED T GREEN 59259N7A5 | A | Interest | J | T | Buy | 05/11/17 | J | | |
| 263. NEW YORK ST DORM AUTH SALES TAX ST SUPPORTED DEBT 64990AGA7 | A | Interest | J | T | Buy | 07/28/17 | J | | |
| 264. WISCONSIN ST GENL OBLIG REF 97705MGS8 | A | Interest | J | T | Buy | 06/14/17 | J | | |
| 265. OREGON ST DEPT ADMINISTRATIVE SVCS LOTTE 68607VW68 | A | Interest | J | T | Buy | 05/18/17 | J | | |
| 266. WISCONSIN ST ENVIRONMENTAL IMPT FD REV 97709TBH8 | A | Interest | J | T | Buy | 05/10/17 | J | | |
| 267. 401(k) #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 268. ISHARES RUSS 2000 SM CP IX I (MASKX) | | None | M | T | Buy | 01/03/17 | L | | |
| 269. JANUS ENTERPRISE I (JMGRX) | | None | M | T | | | | | |
| 270. TRP PERSONAL STRATEGY GROWTH (TRSGX) | | None | | | Sold | 01/03/17 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WETTRE, LEDA D. | 08/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: IRAs were renumbered.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LEDA D. WETTRE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544